**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-6886

EDGAR FLEMMING,

Plaintiff - Appellant,

versus

J. BRYANT DIEHL, Chief of South Carolina
Department of Corrections Canteen Branch;
REPUBLIC TOBACCO,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  David C. Norton, District Judge.
(CA-99-2691-3-18BC)

Submitted:  August 23, 2001          Decided:  September 5, 2001

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edgar Flemming, Appellant Pro Se.  Terry B. Millar, TERRY B.
MILLAR, L.L.C., Rock Hill, South Carolina; Thomas Frank Dougall,
Jeffrey L. Shaw, BOWERS, ORR & DOUGALL, Columbia, South Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edgar Flemming appeals the district court's order denying relief on his motion filed pursuant to Fed. R. Civ. P. 60(b). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Flemming v. Diehl, No. CA-99-2691-3-18BC (D.S.C. Apr. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2